IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>DANIEL HERNANDEZ and<br>JUANA BANDA,<br><br>     Defendants. | **8:12CR332**<br><br>**ORDER** |

  This matter is before the court on the plaintiff's Motion to Reconsider, Filing No. 57. This matter is scheduled for trial on Monday, July 1, 2013, at 8:30 a.m. Without a motion to continue trial, the plaintiff's motion is not meritorious.

  IT IS, THEREFORE, ORDERED that the plaintiff's Motion to Reconsider, Filing No. 57, is denied without prejudice to reassertion.

  DATED this 26th day of June, 2013.

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 United States District Judge