IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>DANIEL HERNANDEZ,<br>and JUANA BANDA,<br><br>                Defendants. | 8:12CR332<br><br>ORDER |

      This matter is before the court on defendant Daniel Hernandez's motion for leave to appeal in forma pauperis, Filing No. 64.  The United States has filed an interlocutory appeal.  Hernandez has shown by affidavit that he is financially unable to obtain adequate representation.  Filing No. 64, Motion, Attachment 1, Affidavit of Daniel Hernandez.  After a review of the matter,

      IT IS ORDERED that the defendant's motion for leave to appeal in forma pauperis, Filing No. 64, is granted.  The clerk's office is directed to forward a copy of this order to the Clerk of Court of the Eighth Circuit Court of Appeals.

      DATED this 1st day of August, 2013.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon<br>
                                                    United States District Judge