IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>DANIEL HERNANDEZ,<br>JUANA BANDA,<br><br>              Defendants. | 8:12CR332<br><br>**ORDER OF COURT TO DISMISS<br>WITHOUT PREJUDICE** |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court

is granted for the dismissal, without prejudice, of the Indictment regarding Defendants DANIEL

HERNANDEZ and JUANA BANDA, pursuant to Motion of the United States (Filing No. 70).


DATED this 28th day of August, 2013.

                              BY THE COURT:



                              s/ Joseph F. Bataillon
                              United States District Judge